The relief described hereinbelow is SO ORDERED

Done this 15th day of March, 2021.

**William R. Sawyer**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **SHELIA H. MCCLURE** | ) | |
| | ) | CASE NO. **19-31912** |
| Debtor(s). | ) | |

### PROPOSED ORDER GRANTING RELIEF FROM STAY

For the reasons set forth on the record on 3/11/2021, on the Motion for Relief from Automatic Stay to Pursue Judgment/Eviction filed by Creditor, Southern Realm Property Management, LLC (Doc. 55), it is

ORDERED that the motion is GRANTED. However, to the extent the Motion for Relief contains a request for waiver of the 14-day stay, that request is DENIED pursuant to Bankruptcy Rule 4001(a)(3) and local Rule 4001-1(e)(1).

### END OF ORDER ###

This Order was reviewed and agreed to by counsel for the debtor and the Chapter 13 Trustee.

Order drafted by:
Michael O. Godwin
Attorney for Creditor
Edmondson Godwin

619 S. Perry Street
Montgomery, AL 36104
(334) 612-7114
mgodwin@eandglaw.com

Order consented by:
Michael Brock
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331
(334) 393-4357
bankruptcy@brockandstoutlaw.com

Order Reviewed by:
Office of Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
(334) 262-8371
trustees_office@ch13mdal.com