# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Case No. 19-31912-WRS
Chapter 13

SHELIA H MCCLURE,

Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 49) under 11 U.S.C. § 1307 to dismiss this case because of a material default by Debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on May 13, 2021, at which time Debtor requested additional time to consider the conversion of this case to one under chapter 7. For the reasons set forth on the record, it is

ORDERED that this bankruptcy case is DISMISSED effective **May 27, 2021** unless Debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 14th day of May, 2021.

William R. Sawyer
United States Bankruptcy Judge

c: Debtor
   Michael Brock, Attorney for Debtor
   Sabrina L. McKinney, Trustee
   All Creditors

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 4

Date Rcvd: May 14, 2021     Form ID: pdfALL     Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelia H McClure, 401 Towne Lake Place, Montgomery, AL 36117-6013 |
| cr | + | Haigler Auto Service, PARNELL & PARNELL, P.A., P.O. BOX 2189, MONTGOMERY, AL 36102-2189 |
| cr | + | John A Buettner, D.M.D., P.C., c/o Richard C. Dean, P.O. Box 1028, Montgomery, AL 36101-1028 |
| cr | + | SOUTHERN REALM PROPERTY MANAGEMENT, LLC, C/O EDMONDSON GODWIN, 619 S. PERRY STREET, MONTGOMERY, AL 36104-5819 |
| 4250319 | | American Family Care Inc., PO Box 930171, Atlanta, GA 31193-0171 |
| 4250321 | + | Ashely Funding Services, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4250322 | + | Banfield Pet Hospital, 3500 Ross Clark Circle, Suite 800, Dothan, AL 36303-5914 |
| 4250323 | + | Bank of America, NA, PO Box 851001, Dallas, TX 75285-1001 |
| 4250324 | + | Baptist Health, DBA Baptist Medical Center South, PO Box 244030, Montgomery, AL 36124-4030 |
| 4250325 | + | Bradley Willis DMD, 8161 Seaton Place, Montgomery, AL 36116-7205 |
| 4250326 | | Choice Recovery Inc, 1150 Old Henderson Road, Suite 100-S, Columbus, OH 43220 |
| 4250332 | + | Cybrcollect, Re: Reynolds Carpet Care, PO Box 1145, La Crosse, WI 54602-1145 |
| 4250333 | + | David Grant, PO box 251033, Montgomery, AL 36125-1033 |
| 4250334 | + | ESS, Inc., c/o Darby Law Firm, LLC, P.O. Box 3905, Montgomery, AL 36109-0905 |
| 4292523 | + | FLOWERS PEST CONTROL, LLC, C/O CHAMBLESS, MATH & CARR PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4250335 | | Fay Servicing, ATTN: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 4250336 | + | Furlong Security, 3344 Atlanta Hwy, Montgomery, AL 36109-2716 |
| 4250337 | ++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601 address filed with court:, Guardian Credit Union, 1789 Cong W L Dickerson Drive, Montgomery, AL 36109-2602 |
| 4263110 | + | GUARDIAN CREDIT UNION, C/O CHAMBLESS, MATH & CARR PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4272243 | + | HAIGLER AUTO SERVICE, C/O PARNELL & PARNELL, P.A., P.O. BOX 2189, MONTGOMERY, AL 36102-2189 |
| 4250338 | + | Haigler Auto Service, 4287 Atlanta Highway, Montgomery, AL 36109-3099 |
| 4250339 | + | Holloway Credit, P. O. Box 230609, Montgomery, AL 36123-0609 |
| 4250340 | + | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 4250341 | + | John A. Buettner D.M. D. PC, c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| 4257717 | | John A. Buettner, D.M.D., P.C., c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| 4250342 | + | Joseph Harrell, 1549 Tara Lane, Montgomery, AL 36117-4740 |
| 4250343 | + | Karen A. Cavagnaro, One AT&T Way Suite 3A104, Bedminster, NJ 07921-2693 |
| 4250344 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 4250345 | + | Mark Wallace, 249 Yacht Club Drive, Niceville, FL 32578-3720 |
| 4250346 | + | Merchants Adjustment Service, PO Box 7511, Mobile, AL 36670-0511 |
| 4250347 | | Montgomery Cardiovascular Assoc, PO Box 2153, Dept 5299, Birmingham, AL 35201-2153 |
| 4250348 | + | Montgomery Cardiovascular Associates, P.O. Box 14099, Belfast, ME 04915-4034 |
| 4250349 | + | Montgomery Radiology Associates, 2055 Normandie Dr Ste 108, Montgomery, AL 36111-2730 |
| 4250350 | + | Nexcheck, LLC, PO Box 19688, Birmingham, AL 35219-9688 |
| 4250351 | + | Obstetrics and Gynecology of Montgoemry, 495 Taylor Road, Montgomery, AL 36117-3513 |
| 4250352 | + | Parnell & Crum, PA, PO Box 2189, Montgomery, AL 36102-2189 |
| 4250354 | + | Safeco Insurance, P.O. Box 91016, Chicago, IL 60680-1174 |
| 4250355 | + | Southern Imaging Specialists, PO Box 3711, Lake Charles, LA 70602-3711 |
| 4289626 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4250358 | + | The Health Care Authority for Baptist, 2105 East South Blvd., Montgomery, AL 36116-2409 |
| 4250359 | + | Tiger Tranz, PO Box 80217, Chattanooga, TN 37414-7217 |

| | | |
|---|---|---|
| 4250361 | + | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: dawnetta@cottonstatebarns.com | May 14 2021 20:24:00 | Southern Lease Management Group, LLC., P.O. Box 539, Memphis, TN 38101-0539 |
| 4254607 | + Email/Text: G2APCBANK@southernco.com | May 14 2021 20:23:00 | ALABAMA POWER COMPANY, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 4250320 | + Email/Text: bsimmons@amsher.com | May 14 2021 20:24:00 | Amsher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 4252904 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 21:39:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4296536 | + Email/Text: smbk@heightsfinance.com | May 14 2021 20:23:00 | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4251208 | Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 20:23:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD, SOUTHFIELD MI 48034 |
| 4250330 | + Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 20:23:00 | Credit Acceptance, PO Box5070, Southfield, MI 48086-5070 |
| 4250331 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 14 2021 20:24:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 4250353 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 21:39:51 | Resurgent Capital Services LP, PO Box 10465, Greenville, SC 29603-0465 |
| 4296741 | Email/Text: smbk@heightsfinance.com | May 14 2021 20:23:00 | COVINGTON CREDIT AL0011, C/O SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602 |
| 4250328 | Email/Text: smbk@heightsfinance.com | May 14 2021 20:23:00 | Covington Credit, 543 North Eastern Boulevard, Montgomery, AL 36117 |
| 4250329 | Email/Text: smbk@heightsfinance.com | May 14 2021 20:23:00 | Covington Credit, C/O Southern Management Corporation, PO Box 1947, Greenville, SC 29602-1947 |
| 4250356 | Email/PDF: cbp@onemainfinancial.com | May 14 2021 21:41:37 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 4250318 | Email/Text: bankruptcy@revenue.alabama.gov | May 14 2021 20:24:00 | Alabama Department of Revenue, P.O. Box 327820, Collection Services Division, Montgomery, AL 36132 |
| 4250357 | Email/Text: bankruptcy@revenue.alabama.gov | May 14 2021 20:24:00 | State of Alabama, Department of Revenue, Legal Division PO Box 320001, Montgomery, AL 36132-0001 |
| 4250360 | Email/Text: BankruptcyNotices@titlemax.com | May 14 2021 20:24:00 | Titlemax of Alabama, Inc. d/b/a Titlemax, 3328 Atlanta Highway, Montgomery, AL 36109 |
| 4287494 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 14 2021 21:41:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 4250362 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 14 2021 20:23:00 | Verizon Wireless, Attn: Correspondence Team, P.O. Box 5029, Wallingford, CT 06492-7529 |
| 4250363 | + Email/Text: bankruptcy@westernshamrockcorp.com | May 14 2021 20:24:00 | Western Shamrock, 801 S. Abe St., San Angelo, TX 76903-6735 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ESS, Inc., c/o Darby Law Firm, LLC, P O Box 3905, Montgomery, AL 36109-0905 |
| cr | *+ | FLOWERS PEST CONTROL, LLC, C/O CHAMBLESS, MATH & CARR PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| cr | * | GUARDIAN CREDIT UNION, C/O CHAMBLESS MATH & CARR, PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| cr | *+ | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An, C/O Chambless-Math & Carr, PC, PO Box 230759, Montgomery, AL 36123-0759 |
| 4296537 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296539 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296540 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296541 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296542 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296543 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296546 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296583 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296584 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296585 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4296586 | *+ | COVINGTON CREDIT AL00011, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4250327 | ##+ | Clearspring Loan Services, 18451 North Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles N. Parnell, III | on behalf of Creditor Haigler Auto Service bkrp@parnellsoutheast.com |
| J. Taylor Minus | on behalf of Interested Party Southern Lease Management Group LLC. tminus@mortonlawoffice.com, steve@mortonlawoffice.com;Vicky@mortonlawoffice.com |

| | |
|---|---|
| Larry E. Darby, Esq | on behalf of Creditor ESS Inc. LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH An Affiliate of UAB HEALTH SYSTEM noticesmd@chambless-math.com |
| Leonard N. Math | on behalf of Creditor GUARDIAN CREDIT UNION noticesmd@chambless-math.com |
| Leonard N. Math | on behalf of Creditor FLOWERS PEST CONTROL LLC noticesmd@chambless-math.com |
| Michael Brock | on behalf of Debtor Shelia H McClure bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Michael Godwin | on behalf of Creditor SOUTHERN REALM PROPERTY MANAGEMENT LLC mgodwin@eandglaw.com |
| Richard C. Dean, Jr. | on behalf of Creditor John A Buettner D.M.D., P.C. rdean@mindspring.com, collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 11